**SEALED**

BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (16) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

AUG 2 8 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0240 MCE |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| TORIANO STEVENSON, | (UNDER SEAL) |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Josh F. Sigal to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: Aug. 28, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge

Order to Seal Indictment