UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 5, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TORIANO STEVENSON,<br><br>Defendant. | Case No.   2:14-cr-00240-DC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TORIANO STEVENSON ,

Case No.   2:14-cr-00240-DC  , Charge 18 U.S.C. § 3606, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

  _____ Unsecured Appearance Bond $ _____

  _____ Appearance Bond with 10% Deposit

  _____ Appearance Bond with Surety

  _____ Corporate Surety Bail Bond

  **x** (Other):  Released forthwith with terms as stated on the record. If released from local custody before 5 p.m. today, Defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814. If after 5 p.m., Defendant is to report to Pretrial Services Office at 9:00 AM on 2/6/2025.

Issued at Sacramento, California on February 5, 2025, at  2:45 PM.

By: _/s/ Sean C. Riordan_____

Magistrate Judge Sean C. Riordan