1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN, #297100
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   TORIANO STEVENSON
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No.   2:14-cr-00240-DC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DISPOSITIONAL HEARING |
| vs. | DATE: March 21, 2025 |
| TORIANO STEVENSON, | TIME:   9:30 a.m. |
| Defendant. | JUDGE: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between Michelle Beckwith, Acting United States Attorney, through Nicole Moody, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Toriano Stevenson, that the dispositional hearing currently set for March 21, 2025, be continued to **April 11, 2025, at 9:30 a.m** with briefing to be filed by April 4, 2025.

All parties have confirmed their availability on the new proposed date and have no objection to the requested continuance.

////

////

////

////

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 |  |  |
| 4 | Date: March 18, 2025 | */s/ Noa E. Oren*<br>NOA E. OREN |
| 5 |  | Assistant Federal Defender<br>Attorney for Defendant |
| 6 |  | TORIANO STEVENSON |
| 7 |  |  |
| 8 | Date: March 18, 2025 | MICHELLE BECKWITH<br>Acting United States Attorney |
| 9 |  |  |
| 10 |  | */s/ Nicole Moody*<br>NICOLE MOODY |
| 11 |  | Assistant U.S. Attorneys<br>Attorneys for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED, the court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Accordingly, the Revocation (Dispositional) Hearing set for March 21, 2025 is VACATED and RESET for April 11, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **March 18, 2025**

Dena Coggins
United States District Judge