HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
TORIANO STEVENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TORIANO STEVENSON ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 2:14-cr-00240-DC <br><br> **AMENDED [PROPOSED] ORDER RE REQUEST FOR ORDER TO RELEASE PORTION OF PROBATION RECORDS** |

The Court, having considered the defendant-supervised-releasee's requests in this matter, and good cause appearing therefrom, hereby orders as follows:

United States Probation Office is ordered to produce the "Chronos/Client History" portion of Mr. Stevenson's Probation file from the entirety of his term of supervised release.

IT IS SO ORDERED.

Dated: March 19, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE