IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-00240-DC |
| Plaintiff, | ) ) ) | **ORDER DENYING REQUEST TO RELEASE PORTION OF PROBATION RECORDS** |
| vs. | ) ) | |
| TORIANO STEVENSON, | ) ) | |
| Defendant. | ) ) ) | |

Defendant has requested that the Court "order the United States Probation Office to disclose the polygraph portion of Mr. Stevenson's Probation file, for the entirety of his term of supervised release (commenced on April 17, 2020)." ECF No. 47 at 1.  The request suggests that the polygraph material is needed "to place the admitted violation conduct in context for the sentencing court." Id. However, as the request notes, "Probation has already provided Mr. Stevenson a portion of his counseling records, chronos, and his PSR." Id. at 2.

The Court, having considered the defendant's request, does not find that good cause exists for Probation to release the polygraph information.  The defendant already has Probation's chronos which undoubtedly demonstrate both the positives and negatives of his time on

-1-

supervision. Indeed, although the Disposition memorandum notes that the defendant "failed to show for a scheduled polygraph exam," it appears that the failure was a one-time event which occurred in 2021. ECF No. 41 at 4.

Based on the foregoing, the defendant's request (ECF No. 47) is DENIED.

IT IS SO ORDERED.

Dated: March 31, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE