|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | NOA E. OREN, #297100 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
|   | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
|   | TORIANO STEVENSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00240-DC |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING |
| vs. | DATE: April 11, 2025 |
| TORIANO STEVENSON, | TIME: 9:30 a.m. |
|   | JUDGE: Hon. Dena Coggins |
| Defendant. |   |

IT IS HEREBY STIPULATED by and between Michelle Beckwith, Acting United States Attorney, through Nicole Moody, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Toriano Stevenson, that the dispositional hearing currently set for April 11, 2025, be continued to **May 2, 2025, at 9:30 a.m** with briefing to be filed by April 25, 2025.

The reason for the continuance is that defense counsel needs additional time to review the treatment records and chronos from probation. Counsel is conducting follow up investigation as well as waiting for the release of Mr. Stevenson's mother's phone.

All parties have confirmed their availability on the new proposed date and have no objection to the requested continuance.

////

1  Respectfully submitted,

2                                    HEATHER E. WILLIAMS
                                     Federal Defender
3
   Date: April 3, 2025                */s/ Noa E. Oren*
4                                    NOA E. OREN
                                     Assistant Federal Defender
5                                    Attorney for Defendant
                                     TORIANO STEVENSON
6

7
   Date: April 3, 2025                MICHELLE BECKWITH
8                                    Acting United States Attorney

9
                                     */s/ Nicole Moody*
10                                   NICOLE MOODY
                                     Assistant U.S. Attorneys
11                                   Attorneys for Plaintiff

STEVENSON: Stipulation and                -2-
Order to Continue Dispositional Hearing

## ORDER

IT IS HEREBY ORDERED, the court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Accordingly, the Dispositional Hearing set for April 11, 2025 is VACATED and RESET for May 2, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. Briefing related to the hearing shall be filed no later than April 25, 2025.

IT IS SO ORDERED.

Dated: **April 3, 2025**

_____
Dena Coggins
United States District Judge