HEATHER E. WILLIAMS, SBN #122664
Federal Defender
NOA E. OREN, SBN #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Noa_Oren@fd.org

Attorneys for Defendant
TORIANO STEVENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-cr-00240-DC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| | ) Judge: Dena Coggins |
| TORIANO STEVEN, | ) |
| Defendant. | ) |

     **IT IS HEREBY ORDERED** that the Request to Seal Exhibits A, B, and C to Mr.

Stevenson's dispositional memorandum regarding protected material be granted so that this

information is not available on the public docket. The records are to be provided to the Court and

Government counsel.

     These documents shall remain under seal until further Order of the Court.

     IT IS SO ORDERED.

Dated: __April 29, 2025__

_____
Dena Coggins
United States District Judge