ERIC GRANT
United States Attorney
NICOLE MOODY
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TORIANO STEVENSON,<br>Defendant. | CASE NO. 2:14-CR-0240 DC<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING<br><br>DATE: November 20, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an Admit/Deny hearing on November 20, 2026.

2. By this stipulation, the parties now move to continue the Admit/Deny hearing until December 4, 2026.

3. The Probation Officer has informed the parties of his intent to file a Second Superseding Violation Petition. A continuance will allow time to investigate and file the Second Superseding Violation Petition.

4. The parties aim for Mr. Stevenson to have his initial appearance on the Second Superseding Violation Petition prior to the Admit/Deny hearing on December 4, 2026.

5. The parties have conferred with the Probation Officer, who joins the parties' request.

IT IS SO STIPULATED.

Dated: November 12, 2026

ERIC GRANT
United States Attorney

/s/ NICOLE MOODY
NICOLE MOODY
Special Assistant United States Attorney

Dated: November 12, 2026

/s/ ALEXANDER BUGESCU
ALEXANDER BUGESCU
Counsel for Defendant
Toriano Stevenson

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on November 12, 2026 (Doc. No. 81), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Violation (Admit/Deny) Hearing scheduled for November 20, 2026, is VACATED and RESET for December 4, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **November 13, 2026**

Dena Coggins
United States District Judge