ERIC GRANT
United States Attorney
ZACHARY RAY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TORIANO STEVENSON,<br>Defendant. | CASE NO. 2:14-CR-00240-DC<br><br>STIPULATION TO CONTINUE ADMIT/DENY HEARING; FINDINGS AND ORDER<br><br>DATE: December 4, 2026<br>TIME: 09:30 a.m.<br>COURT: Hon. Dena M. Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 4, 2026.

2. By this stipulation, defendant now moves to continue the status conference until January 15, 2027. On November 18, 2026, the Probation Officer filed a Second Superseding Violation Petitioner alleging, among other allegations, that Mr. Stevenson possessed child sexual abuse material on his device. Dkt. No. 83.

3. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, for the government's continuing investigation of the new law violation alleged in the Second Superseding Petition, and for the parties to explore a possible resolution to the allegations.

IT IS SO STIPULATED.

Dated: November 20, 2026

ERIC GRANT
United States Attorney

/s/ ZACHARY RAY
ZACHARY RAY
Assistant United States Attorney

Dated: November 20, 2026

/s/ ALEX BUGESCU
ALEX BUGESCU
Counsel for Defendant
TORIANO STEVENSON

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on November 20, 2026 (Doc. No. 88), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Violation (Admit/Deny) Hearing scheduled for December 4, 2026, is VACATED and RESET for January 15, 2027 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **November 23, 2026**

Dena Coggins
United States District Judge